O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-0980 AHM (CWx) | Date | February 22, 2011 |
|---|---|---|---|
| Title | ESTHER GUEVARA DIAZ v. AMPRO HOME MORTGAGE CORP., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On February 3, 2011, plaintiff Esther Guevara Diaz ("Plaintiff") applied for a temporary restraining order and for an order to show cause regarding a preliminary injunction. Plaintiff did not file a proof of service and did not provide a declaration stating that counsel for Plaintiff had notified the opposing parties of Plaintiff's application. The Court informed Plaintiff that it would not consider her application until she had remedied these deficiencies. It is now February 22, 2011, and Plaintiff has failed to file a proof of service or other supporting documentation. Accordingly, the Court DENIES Plaintiff's application.

                                                                                         :
                                                        Initials of Preparer      SMO